COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:         01-15-00195-CV

Style:                N.G. v. Department of family and Protective Services

Date motion filed[*]:  March 10, 2015

Type of motion:       Motion for extension of time to file clerk's record

Party filing motion:  District clerk

Document to be filed: Clerk's record

Is appeal accelerated?      Yes

If motion to extend time:

    Original due date:                       March 9, 2015

    Number of previous extensions granted:            Current Due date

    Date Requested:                          March 20, 2015

Ordered that motion is:

    ☑     Granted

         If document is to be filed, document due: **March 20, 2015**

         ☑    **The Court will not grant additional motions to extend time.**

    ☐     Denied

    ☐     Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐     Other: _____

    **Because this is a termination case, the Court is required to bring this appeal to final disposition within 180 days of the date the notice of appeal was filed so far as reasonably possible.** *See* **Tex. R. Jud. Admin. 6.2,** *reprinted in* **TEX. GOV'T CODE ANN., tit. 2, subtit. F app. (West 2013). Accordingly, no further extensions will be granted.**

Judge's signature:   /s/ Russell Lloyd
              ☑ Acting individually    ☐ Acting for the Court

Panel consists of   _____

Date:  March 12, 2015